CHRISTOPHER Q. PHAM, SBN: 206697
    E-mail: cpham@criterioncounsel.com
MARCUS F. CHANEY, SBN: 245227
    E-mail: mchaney@criterioncounsel.com
CRITERION COUNSEL, LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:  (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>AITRACK LLC, a California limited liability company d/b/a AITRACK DEPOT LA; SUNSHINE KART, a Business Entity of Unknown Status; and DOES 1-10, inclusive<br><br>    Defendants. | Case No.: 2:25-cv-03360<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

    Plaintiffs BMW of North America, LLC ("BMW NA") and Bayerische Motoren Werke AG ("BMW AG") hereby file their disclosure statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

- 1 -
CORPORATE DISCLOSURE STATEMENT

BMW NA is a Delaware limited liability company registered to conduct business in the State of California with its principal place of business located in Woodcliff Lake, New Jersey.  BMW NA is a wholly owned subsidiary of BMW (US) Holding Corporation, a Delaware corporation, which is a wholly owned subsidiary of BMW AG.  BMW AG is a German corporation organized under the laws of the Federal Republic of Germany with its principal place of business located in Munich, German.  No parent corporation or publicly held corporation owns 10% or more of BMW AG's stock.

Pursuant to Rule 7.1.(b)(2), BMW will promptly file a supplemental disclosure statement if any required information changes.

DATED: April 16, 2025	CRITERION COUNSEL, LAW CORPORATION

By: __/s/ Marcus F. Chaney_____
Marcus F. Chaney, Esq.

Attorney for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG